UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EARL ROBERTS, :
:
    Plaintiff, :
: CIVIL NO. 1:16-CV-107
v. :
:
LIEUTENANT CLARK, *et. al.*, :
    Defendants. :

*O R D E R*

AND NOW, this 24th day of May, 2017, upon consideration of Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 34) that Defendants' motion (Doc. 25) for summary judgment should be granted, to which Plaintiff has not filed any objections and has not opposed Defendants' motion, and, after our independent review of the record, IT IS ORDERED that:

    (1) The Report and Recommendation (Doc. 34) is ADOPTED.

    (2) Defendants' motion (Doc. 25) for summary judgment is GRANTED.

    (3) The Clerk of Court shall enter judgment against Plaintiff and in favor of Defendants on all claims in Plaintiff's complaint.

    (4) The Clerk of Court shall close the file.

                                         /s/ William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge